IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-CV-02482-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CHARLES MUHAMMAD,

    Plaintiff,

v.

COSTELLO,
DAVIS DANNY,
DELAHUNT,
DOYLE,
CRAMER,
DAVIS GEOFF,
DELAURO,
DRAKE,
CRENSHAW,
DAVIS JIM,
DELAY,
DREIER,
CROWLEY,
DAVID JO ANN,
DENT,
DUNCAN,
CUBIN,
DAVIS LINCOLN,
DIAZ LINCOLN,
EDWARDS,
CUELLAR,
DAVIS SUSAN,
DIAZ MARIO,
EHLERS,
CULBERSON,
DAVIS TOM,
DICKS
EMANUEL,
CUMMINGS,
DEAL,
DINGELL,

EMERSON,
CUNNINGHAM,
DEFAZIO,
DOGGETT,
ENGEL,
DE GETTE,
DOOLITTLE,
ENGLISH, and
DAVIS ARTHUR,

        Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted an Application to Proceed Without Prepayment of Fees and Affidavit, and an Original Petition. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing required financial information
(5)   ___   is missing an original signature by the prisoner
(6)   _X_   is not on proper form (must use the court's current form)
(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___   An original and a copy have not been received by the court. Only an original has been received.
(9)   ___   other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _11th_ day of _December_, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 02482 -BNB

Charles C. Muhammad
P.O. Box 60501
Sunnyvalle, CA 94088

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on 12-12-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk